KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX. 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Sofia Maria Kennedy

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – MEDFORD DIVISION

| | |
|---|---|
| Sofia Maria Kennedy**,**<br><br>                    Plaintiff,<br><br>     v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; TransUnion, LLC; Bank of America, N.A.; Select Portfolio Servicing, Inc.; Caliber Home Loans, Inc.; Nationstar Mortgage, LLC d/b/a Mr. Cooper; Rushmore Loan Management Services LLC; and DOES 1 through 100 inclusive**,**<br><br>                    Defendants. | CASE NO.  1:20-cv-01121-CL<br><br>NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Sofia Maria Kennedy and defendant Nationstar Mortgage LLC d/b/a Mr. Cooper, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Select Portfolio Servicing, Inc. within 60 days once the settlement is finalized.

                                                            **SCHUMACHER LANE PLLC**

Dated:  November 19, 2020         By:     _/s/ Kyle W. Schumacher_
                                                            Kyle W. Schumacher
                                                            Attorney for Plaintiff

NOTICE OF INTENT TO SETTLE -1-